# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>POLLY'S PIES, INC. d/b/a POLLY'S PIES #27; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. **2:17-cv-3998 BRO (ASx)**<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  May 30, 2017<br>Trial Date:        None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Angel Fernandez's claims and causes of action as alleged in the above-referenced action.

| | |
|---|---|
| 1 | |
| 2 |     2.    The parties are to bear their respective costs, fees, attorneys' fees, and expenses. |
| 3 | |

2. The parties are to bear their respective costs, fees, attorneys' fees, and expenses.

IT IS SO ORDERED.

DATED: November 14, 2017

By: _____
Honorable VIRGINIA A. PHILLIPS
Chief United States District Judge